# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **CAREY T DUNN,** : | |
| : | |
| **Plaintiff,** : | |
| v. : | Case No. 5:25-cv-378-TES-CHW |
| : | |
| **MAYOR LARHONDA PATRICK,** : | |
| *et al.*, : | |
| : | |
| **Defendants.** : | |
| _____ : | |

## ORDER

Pending before the Court is a Complaint filed by *pro se* Plaintiff Carey T. Dunn, an inmate in the Houston County Correctional Facility in Perry, Georgia, seeking relief pursuant to 42 U.S.C. § 1983 (ECF No. 1). On September 5, 2025, the Court ordered Plaintiff to either pay the $405.00 filing fee in full or submit a motion for leave to proceed *in forma pauperis* in this action. Plaintiff was given fourteen (14) days to comply, and he was warned that the failure to fully and timely comply with the Court's orders and instructions could result in the dismissal of this case. *See generally* ECF No. 2.

The time for compliance has expired without a response from Plaintiff. As Plaintiff was warned, the failure to fully and timely comply with the orders and instructions of the Court is grounds for dismissal. Plaintiff is therefore **ORDERED** to **SHOW CAUSE** to the Court, **WITHIN FOURTEEN (14) DAYS** from the date of this Order, why this case should not be dismissed for failure to comply with the September 5, 2025 Order. If Plaintiff wishes to continue with this action, he must also submit a complete and proper motion for

leave to proceed *in forma pauperis* within **FOURTEEN (14) DAYS** of the date of this Order. Because it appears Plaintiff is currently incarcerated, Plaintiff must complete the prisoner version of this form. The Clerk is **DIRECTED** to mail a copy of the appropriate form, marked with the case number for this case, to Plaintiff at his address of record.

It is unclear whether Plaintiff's present incarceration is related to the events described in his Complaint. The Court thus requires additional information before it can determine whether Plaintiff's claims may proceed for further factual development pursuant to 28 U.S.C. § 1915A or other applicable law. Plaintiff is therefore **ORDERED** to amend and/or supplement his Complaint by providing additional information concerning his criminal charges. In providing this additional information, Plaintiff should explain the status and outcome of any criminal charges that are related to the events described in the Complaint filed in the above-captioned action. Such explanation should include a listing of each of the crimes for which Plaintiff was arrested, charged, and/or convicted; the outcome of each of the charges; the dates on which each of these charges was resolved; and an explanation of whether any of these charges are still pending. Plaintiff should also explain whether the "false imprisonment" and "malicious arrest" in which Defendants "took part" is the same incident that took place in Warner Robins, Georgia, on January 3, 2025, as described in *Dunn v. Houck*, Case No. 5:25-cv-328-CAR-CHW (M.D. Ga. July 29, 2025).

Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order to (1) show cause why this case should not be dismissed; (2) pay the $405.00 filing fee in full or submit a complete and proper motion for leave to proceed *in forma pauperis*; and (3) amend or

2

supplement his Complaint by providing the additional information described herein. Plaintiff should ensure that the case number for this civil action appears on his response to this Order. **Failure to fully and timely comply with this Order will likely result in the dismissal of this case.** Plaintiff must also notify the Court immediately and in writing of any change in his mailing address. There shall be no service of process until further order of the Court.

    **SO ORDERED**, this 10th day of October, 2025.

                                        s/ Charles H. Weigle
                                        Charles H. Weigle
                                        United States Magistrate Judge